UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANNY PASTREICH AS TRUSTEE AND THE TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND, BUILDING SERVICE 32BJ LEGAL SERVICES FUND, THE THOMAS SHORTMAN TRAINING, SAFETY AND SCHOLARSHIP FUND, and THE CONNECTICUT DISTRICT PENSION FUND AND THEIR BOARD OF TRUSTEES,<br><br>                        Petitioners,<br><br>                         -v.-<br><br>COASTAL CLEANING LLC,<br><br>                        Respondent. | 25 Civ. 2558 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On March 27, 2025, Petitioners filed a petition to confirm an arbitration award. (Dkt. # 1). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **April 28, 2025**. Respondent's opposition, if any, is due on **May 27, 2025**. Petitioners' reply, if any, is due **June 9, 2025**. The Clerk of Court is directed to terminate the pending motion at docket entry 4.

      SO ORDERED.

Dated:  April 1, 2025
           New York, New York

                                                        KATHERINE POLK FAILLA
                                                        United States District Judge