UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X

MANNY PASTREICH, AS TRUSTEE, AND THE TRUSTEES :
OF THE BUILDING SERVICE 32BJ HEALTH FUND, :
BUILDING SERVICE 32BJ LEGAL SERVICES FUND, :
THE THOMAS SHORTMAN TRAINING, SAFETY AND :
SCHOLARSHIP FUND AND THE CONNECTICUT DISTRICT :    NOTICE OF MOTION
PENSION FUND, AND THEIR BOARD OF TRUSTEES :     FOR SUMMARY
: JUDGMENT AND
Petitioners,   :    CONFIRMATION OF
: AWARD
-against- :
: Docket No.25 -CV– 02558
: (KPF)
COASTAL CLEANING LLC :
Respondent. :
---------------------------------------------------------------------------X

   PLEASE TAKE NOTICE, that upon the affidavit of Thomas Ormsby in support of the motion and the exhibits thereto, and the affidavit of Maura Breen in support; and upon the accompanying Statement of Material Undisputed Facts, submitted by Petitioners pursuant to Local Rule 56.1, and upon the Petitioners' Memorandum of Law in support of the motion for summary judgment and confirmation of the Award, and; upon all prior papers and proceedings had herein;

   Manny Pastreich, As Trustee, and the Trustees of the Building Service 32BJ Health Fund, and the Building Service 32BJ Legal Services Fund, the Thomas Shortman Training, Safety and Scholarship Fund and the Connecticut District Pension Fund and their Board of Trustees, (the "Petitioners" and/or the "Funds")  herein; by their attorneys, Raab, Sturm & Ganchrow, LLP., will move this Court, before the Honorable Katherine Polk Failla, United States District Court Judge, at the United States District Courthouse for the Southern District of New York, 40 Foley Square, , New York, New York, in Courtroom 618, on such date and

time as determined by the court, for when counsel may be heard, on the Petitioners' motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, as for Petitioners' motion for confirmation of the arbitration Award dated March 10, 2025, pursuant to 9 U. S.C. section 9; of the Federal Arbitration Act, and for such other and further relief as the Court may deem just and proper.

Pursuant to the revised scheduling order signed by the Court on May 16, 2025, ( see Doc. 10), the revised briefing schedule is as follows;

- Petitioners shall their opening brief on or before June 6, 2025

- Respondent shall file its opposition, if any, on or before July 7, 2025

- Petitioners shall file their reply, if any, on or before July 21, 2025

Dated: Fort Lee, New Jersey
June 5, 2025

By: Maura Breen (MB-1258)

Raab, Sturm & Ganchrow, LLP
Attorneys for Petitioners
2125 Center Avenue, Suite 100
Fort Lee, New Jersey 07024
Phone: 201-291-0150
Fax:     201-292-0152
Email: mbreen@rsgllp.com