UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANNY PASTREICH, AS TRUSTEE, AND THE
TRUSTEES OF THE BUILDING SERVICE 32BJ
HEALTH FUND; BUILDING SERVICE 32BJ
LEGAL SERVICES FUND; THE THOMAS
SHORTMAN TRAINING, SAFETY AND
SCHOLARSHIP FUND; THE CONNECTICUT
DISTRICT PENSION FUND; and THEIR BOARD
OF TRUSTEES,

                                  Petitioners,

                  -v.-

COASTAL CLEANING LLC,

                                  Respondent.

25 Civ. 2558 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

On November 13, 2025, the Court issued an Opinion and Order granting in part and denying in part Petitioners' motion for summary judgment. (Dkt. #17). Because the Court is now aware of all components of the judgment and is closing this case, the Clerk of Court is directed to enter judgment for Petitioners in the amount of $2,033,090.87; plus prejudgment interest at an interest rate of 9%, running from the date of the Award (March 10, 2025) to the date of the judgment in this case; plus post-judgment interest calculated at the statutory rate pursuant to 28 U.S.C. § 1961. Additionally, consistent with the arbitral award, Respondent is ORDERED to immediately submit to Petitioners the missing hours reports.

The Clerk of Court is further directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:        November 24, 2025
              New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2