**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MANNY PASTREICH, AS TRUSTEE, AND THE
TRUSTEES OF THE BUILDING SERVICE 32BJ
HEALTH FUND; BUILDING SERVICE 32BJ
LEGAL SERVICES FUND; THE THOMAS
SHORTMAN TRAINING, SAFETY AND
SCHOLARSHIP FUND; THE CONNECTICUT
DISTRICT PENSION FUND; and THEIR BOARD
OF TRUSTEES,

|  |  |
|---|---|
| Petitioners, | 25 **CIVIL** 2558 (KPF) |
| -against- | **JUDGMENT** |
| COASTAL CLEANING LLC, | |
| Respondent. | |

-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 13, 2025 and Order dated November 24, 2025, Petitioners' motion for summary judgment is GRANTED IN PART and DENIED IN PART. Judgment is entered Petitioners in the amount of $2,033,090.87; plus prejudgment interest at an interest rate of 9%, running from the date of the Award (March 10, 2025) to the date of the judgment in this case in the amount of $130,841.93; plus post-judgment interest calculated at the statutory rate pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated**: New York, New York
       November 26, 2025

                                                    **TAMMI M. HELLWIG**
                                          _____
                                                      **Clerk of Court**

                              BY:
                                      _____
                                                      **Deputy Clerk**